# UNITED STATES DISTRICT COURT
## Southern District of Florida

Joan M. Petty
1525 Lake Clay Drive
Lake Placid, Florida 33852

And

Any John and Jane Doe et al

**Plaintiffs**

Vs.

Merck Corporation
A foreign Corporation
And
Any John and Jane Doe,
Organization et al

**Defendants**

07-14174
CIV-MARTINEZ
CASE: _____

MAGISTRATE JUDGE
LYNCH

**RICO COMPLAINT**
(Racketeer Influenced Corrupt Organization)
U.S.C. 28 (Sec. 1332)



FILED by _____ D.C.
JUN - 7 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

Comes now, the Plaintiff, JOAN M. PETTY, et al pro se' litigate and her own representative hereby files this Criminal Action as RICO against Merck & Company, Inc. a foreign corporation, in the United States District Court for the Southern District of Florida.

Plaintiff, Joan M. Petty, et al states and affirms that injury by reason of the defendant's operation, management of the enterprise through a practice and pattern of racketeering.

Plaintiff, Joan M. Petty, et al states that the defendants MERCK corporation et al equate the RICO enterprise with a criminal enterprise           (1)

with no regards to the safety of the public

Plaintiff, Joan M Petty, et al alleges that MERCK et al operated and

managed the RICO enterprise and conducted the pattern of

racketeering United States v. Turkette, 452-81(1981)

Plaintiff Joan M.Petty, et al alleges the existence of a wholly legitimate

such as a corporation enterprise namely MERCK enterprise operating in

the State of Florida and other states in the United States. 18 USC § 1961(4)

MERCK, et al has an organizational pattern and system of authority beyond what

was necessary to perpetrate the predicate crimes. MERCK et al, as hierarchy

planning and division of profits within their corporation and association in fact

enterprise to show a large profit for the shareholders and stock market. Diamonds

plus, Inc. v Kolber, 960 F 2d 765,769 (8th Cir 1992) Whereas, a large reputable

manufacturer such as MERCK, deals with its dealers and other agents in the

ordinary way so that their role in the manufacturer's illegal acts is entirely

incidental, no different from what it would be if these agents were the employees of

a totally integrated enterprise.

United States v. Johnson, 430 F 3d 383,391-92(6th Cir 2005 also Baker v BP Inc. 357 F 3d 685 (7th Cir 2004.

Plaintiff Joan M. Petty, et al alleges that MERCK Corporation engages in
    \
a pattern of racketeering activity through legal entities and association in

fact enterprise consisting exclusively of its officers and or employees such

as their shareholders, officers, directors or employees who engage in a

pattern of racketeering activity through their corporate enterprise.

Plaintiff Joan M.Petty, et al alleges that Florida State has jurisdiction as

(2)

well as RICO Federal statute with MERCK'S enterprise doing interstate commerce business from state to state including all 50 states of the United States.

Plaintiff Joan M. Petty, et al allege that state crimes upon which a RICO claim may be predicated are not minor offenses, and MERCK et al has committed these significant crimes through an enterprise through out the United States and Florida. (See 18 U.S.C.§ 1961 (1) (B), also United States v. Riddle, 349 F 3d 529,538 (6th Cir.)

Plaintiff Joan M. Petty, et al alleges that MERCK et al did conduct and participate directly and indirectly in the conduct of such enterprise's affairs. See Cedric Kushner Promotions, Ltd v. Don King, 533 US 158,163,164 (2001) Abraham v. Singh, 2007 WL 575833 5th Cir. 2007) Refer to Exhibit A 1 & 2 Titled Pharmacist Files suit Against Merck & Co.

Plaintiff Joan M. Petty, et al alleges that MERCK enterprise, corporation, officers et al had knowledge of the effects of the Vioxx drug and can be accountable for their crimes of life threatening injury and deaths caused by the drug Vioxx.

Plaintiff Joan M. Petty, et al alleges that MERCK et al related pattern of criminal activity exists when MERCK et al defrauded the public and the FDA Knowingly and willingly held back evidence that the drug Vioxx was causing damage and life threatening injury to persons using the drug. MERCK Corporation had no regards for the public's safety.

Plaintiff Joan M. Petty, et al alleges that MERCK enterprise organization

(3)

were sufficiently related in the acts of murder and money laundering and acts of financial status of the corporation. <u>Fitzgerald v. Chrysler Corp. 226 F 3d 225,228 (7 Cir 1997)</u>

Plaintiff Joan M. Petty, et al alleges that the Defendants MERCK et al pattern and practices criminal activities over several years from 1999 through 2004 during this period of time many people received life threatening injuries and even death occurred because of the drug use of Vioxx.

Plaintiff Joan M. Petty, et al alleges that MERCK et al continually exists when criminal conduct is specifically threatened to be repeated or to extend indefinitely into the future MERCK claims to be " A Friend of the people " and cares for the people, who can't afford prescriptions drugs, Defendant MERCK et al have an ongoing legitimate management/enterprise business that is a threat to people's health and well being, This is a sufficiently continuous practice and pattern of MERCK et al enterprise through public broadcasting and PR \\\
Defendant MERCK et al creates the damages and then creates the remedy to able their racketeering enterprise money laundering activities.

MERCK et al has taken from the Plaintiff Joan M. Petty over a million dollars plus her life.

Plaintiff Joan M. Petty, et al prays that this RICO Complaint will be heard and that all the foregoing alleged elements of racketeering activity A RICO Claim Defendants MERCK et al enterprises did operate and manage several criminal

(4)

activities including murder, life threatening injury in the State of Florida and others. I Pray for Justice.

All the foregoing statements are true and to the best of my knowledge, I am a residence of the State of Florida and affirm to all the statements. I received a life threatening injury from taking the drug Vioxx for 5 years.

If there was ever a Racketeer Influenced Corrupt Organization it is the MERCK Corporation, a Foreign Organization.

Furthermore I can prove all the alleged statements with evidence and medical records. I am a Vioxx Survivor.

Plaintiff Joan M Petty, et al Prays for Justice.

Submitted by: *Joan M Petty*    Date: 6-6-07

**AFFIDAVIT:**
State of Florida   )
County of Highlands )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

*Joan M Petty*
Joan M. Petty, Plaintiff

SUBSCRIBED AND SWORN TO before me this 6 day of June 2007

Notary Public *Carylon Brock*
                *Carylon D Brock*
My Commission Expires _____

CARYLON D. BROCK
Notary Public, State of Florida
My comm. exp. Aug. 19, 2009
Comm. No. DD 428243

(5)

Novartis to pull Zelnorm from the market. The FDA found a potential link to heart problems with Zelnorm, the heavily advertised constipation drug sold by Novartis, saying it could pose cardiovascular risks. Zelnorm sales had surged 36% to $556 million on a series of direct-to-consumer ads in which women's bare midriffs were used as billboards for messages about stomach discomfort. Actually, the FDA should never have approved this drug.

As far back as 2001, Public Citizen was asking the FDA not to approve Zelnorm because the consumer group considered the drug only marginally effective in treating constipation-predominant diarrhea in patients with irritable bowel syndrome. Of course, the major concern is with the serious safety concerns. These concerns included an increased incidence of ovarian cysts and a five-fold increase in fainting compared to placebo in patients in clinical trials completed before its approval. In a petition filed by Public Citizen in March 2001, it was noted that receptors with which this drug interacts exist not only in the intestinal tract—related to its anti-constipation effects—but also in the heart. It was also pointed out that cisapride, a gastrointestinal drug that likewise also caused fainting, and which had been taken off the market because it increased cardiac arrhythmias, also affected this same receptor in the heart. Readers of Public Citizen's Worst Pills, Best Pills newsletter were warned in 2004 not to take Zelnorm because of the dangers involved.

It should be noted that there were 2.13 million prescriptions issued for Zelnorm in 2005 alone, making it one of the top 200 drugs in the country. Despite all of the warnings by Public Citizen, the FDA approved a drug with marginal effectiveness in the face of serious questions about its safety, putting at risk the millions of people who have already used it. Now the FDA has had to ask the company to withdraw the drug from the market. This episode again raises questions about the adequacy of the FDA's pre-approval review and post-marketing surveillance. In my opinion, the FDA's performance in carrying out its regulatory duties leaves a great deal to be desired.

Source: Public Citizen

### FDA SHOULD NOT APPROVE MERCK'S PAINKILLER

Merck & Co. is trying hard to gain approval of a painkiller to replace its loss of Vioxx. Public Citizen has urged the Food and Drug Administration to reject an application by Merck. Arcoxia, which is in the same class of drugs as Vioxx, is associated with an increased risk of cardiovascular problems. Does that sound a lot like Vioxx? In testimony to the FDA's Arthritis Advisory Committee, Dr. Sidney Wolfe, director of the Health Research Group at Public Citizen, said the drug should not be approved for sale in the United States. In fact, Dr. Wolfe told the group that Arcoxia should be pulled from the market in the more than 60 countries where it is sold. Arcoxia, whose generic name is etoricoxib, is a COX-2 inhibitor. Since data clearly proves that COX-2 inhibitors increase the risk of heart attack and other cardiovascular events, none of these drugs should have ever been put on the market.

In randomized trials, etoricoxib was associated with increased cardiac risks when compared to naproxen. Further, with regards to serious gastrointestinal problems, there is no evidence of benefits of taking etoricoxib compared to diclofenac, a non-steroidal anti-inflammatory drug. Therefore, etoricoxib offers no unique benefits, but carries a risk not associated with older pain relievers. Concerning the possible FDA approval by the new drug, Dr. Wolfe observed:

*How can the approval of etoricoxib and the large numbers of [patients who would be exposed to] dangerous offspring of Vioxx be approved? The answer is that it should not. It is time to shut the door on further additions to this dangerous class of COX-2 inhibitor drugs. The idea that there may be certain patients, however unidentifiable they are, who might benefit from this drug is just not good enough as a basis for its approval. In addition, further trials on these COX-2 drugs are unethical and should be stopped.*

Dr. Wolfe pointed out to the group that trial data presented by Merck on cardiovascular risks compared etoricoxib with diclofenac, which is much more cardio-toxic than older, safer pain relievers. It seems overwhelmingly evident that the FDA should deny Merck's application for approval of Arcoxia.

Source: Public Citizen

### PHARMACIST FILES SUIT AGAINST MERCK & CO.

Tudor Jones has spent 35 years of his life running marathons and cycling thousands of miles. Now the 52 year old pharmacist says he can't do that anymore because he suffers from shortness of breath, chest heaviness, and dizziness. Interestingly, this medical professional blames his current health problems on Vioxx. Mr. Jones, a pharmacist, says he first heard about Vioxx in his job when Merck called him about seven years ago asking for his help. He went on a tour throughout the state of Florida promoting Vioxx. Merck gave Mr. Jones samples of the pain killer for his personal use. He took Vioxx several times a week for four years to treat arthritis, but then research reports surfaced claiming the drug was not safe. Mr. Jones wanted to know the truth

*Continued*

Exhibit A- 1 of 2 pgs.

about this drug, so he asked Merck a direct and very basic question: "what is the truth about the cardiological effects of this drug?"

Merck blamed all of the bad publicity on the competition and told Mr. Jones there was nothing wrong with this drug and that it was "safe and effective." But, Mr. Jones stopped taking Vioxx when the recall came out in 2004. A month later, his life changed forever. Mr. Jones, then 51-years-old, was rushed to the hospital after tests showed he had massive amounts of blood clots in both of his lungs. This trained medical professional says that he was personally defrauded by Merck's misconduct. To put it bluntly, he says the company lied to him. If a pharmacist didn't realize how dangerous Vioxx was, how could a lay person be expected to know? It's become very clear that Merck has lied to the FDA, the medical community, and to the public about Vioxx. To this very day, this powerful drug company has shown no remorse. Merck believes that because of its wealth and political influence in high places, that it can beat the system.

Source: *First Coast News*

### INVESTOR LAWSUIT AGAINST MERCK DISMISSED

A federal judge in New Jersey has dismissed the investor class action lawsuit related to Vioxx that had been filed against Merck & Co. In a ruling last month, Judge Stanley Chesler of the U.S. District Court in Newark ruled that investor claims should be dismissed because they were time-barred under applicable statutes of limitations. The lawsuit was dismissed with prejudice, meaning investors cannot file the suit again. Investors who had bought Merck stock between May 21, 1999, and October 29, 2004, alleged the company had defrauded them by concealing information about the drug's safety risks. As you know, Merck withdrew Vioxx from the market on September 30, 2004. The earliest fraud complaint was filed in November 2003, according to court records. In his opinion, the judge wrote that a Food and Drug Administration warning letter on September 21, 2001, and attention from the media and financial analysts thereafter, made it "clear that storm warnings of fraud by the company existed more than two years before this complaint was filed." The court ruled that the suit was time-barred because it had not been filed within the applicable limitations period.

Merck says that investors had plenty of warnings after the 2000 naproxen study and failed to investigate them. The investors claimed that Merck misled them by predicting rising sales for Vioxx while privately acknowledging that the drug posed a heart risk. It would seem that investors couldn't have known about the confidential information in Merck's files even as analysts touted Merck's stock based on Vioxx. However, the court apparently disagreed. Clearly, the shareholders have every right to be upset over how this company has been run since the marketers replaced the doctors as the driving force of the drug company.

Source: *Associated Press* and *Bloomberg*

### ILLINOIS JURY FINDS THAT VIOXX DIDN'T CAUSE DEATH

The Vioxx case that was tried in Illinois resulted in a defense verdict last month. The jury concluded that the person who died after taking Vioxx had too many risk factors and that Vioxx didn't cause her death. An appeal of the decision is being considered because Vioxx should never be taken, especially not by a person with numerous risk factors such as the person in the case.

2 OF 2.

## XI. BUSINESS LITIGATION

### LILLY SHAREHOLDERS FILE ZYPREXA-RELATED SUIT

Shareholders have become the latest plaintiffs to sue Eli Lilly and Co. over Zyprexa, its top-selling anti-psychotic drug. A lawsuit, filed late last month in federal court, accuses the drug maker of fraudulent conduct that led to a $30 billion decline in the company's market value in 2004. The complaint cites *New York Times* articles from last year that stated Lilly knew of health risks tied to the drug and denied the risks repeatedly. The lawsuit also accuses Lilly of purposely marketing the drug for illegal, off-label uses. The suit seeks class-action status on behalf of those who purchased Lilly securities between March 28, 2002, and December 22, 2006. It notes that the price of Lilly stock grew from $43.75 a share on July 18, 2002, to nearly $77 on May 7, 2004.

Zyprexa registered $4.4 billion in sales last year as Lilly's top-selling drug. There are thousands of lawsuits pending against Lilly over the drug. In a June 2005 settlement, the company agreed to pay about $700 million to resolve more than 8,000 product-liability lawsuits involving patients. In January, the company announced it would settle about 18,000 more lawsuits and said about 1,200 were still pending. Insurers and several state attorneys general also have sued Lilly over Zyprexa. For example, seven states have filed Medicaid cost recovery suits against Eli Lilly over the way it promoted Zyprexa, including Louisiana, Mississippi, West Virginia, and Pennsylvania.

The state of New Mexico, which claims it spent about $18 million on Zyprexa-related medical expenses between 1999 and 2005, also has sued Lilly. States have spent millions on the drug through Medicaid programs.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**  JOAN M. PETTY

**DEFENDANTS**  MEREK MARTINEZ

07-14174 CIV-MARTINEZ

MAGISTRATE JUDGE LYNCH

07CV14174 Martinez/FJL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Highlands
(EXCEPT IN U.S. PLAINTIFF CASES)

FILED by ___ D.C.
JUN - 7 2007
CLARENCE MADDOX
CLERK S.D. U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
1525 Lake Clay Dr
Lake Placid, FL 33852

ATTORNEYS (IF KNOWN): Huges,

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, (HIGHLANDS)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | A PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

R.I.C.O.  USC 28 Sec. 1332

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 6-7-07

SIGNATURE OF ATTORNEY OF RECORD: Joan M Petty Pro Se Litigator

FOR OFFICE USE ONLY

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___