# UNITED STATES DISTRICT COURT
## Southern District of Florida

Joan M. Petty
1525 Lake Clay Dr.
Lake Placid, Florida 33852
Phone: 863-699-5422
**Plaintiff**
Vs

CASE: ~~07-14174~~ EDLA# 07-3724
(Racketeer Influenced Corrupt Organization)
U.S.C. 18 –28 (Sec. 1332

MDL 1657

Merck & Company Inc. a foreign Corporation
And
Raymond V. Gilmartin, CEO
Merck & Company, Inc.
One Merck Drive
Whitehouse Station, NJ. 08889

And

Richard T Clark, CEO Chief Executive Officer
Merck & Company, Inc.
One Merck Drive
Whithouse Station, NJ. 08889

And
Strike John Doe
(Do Not Deleat any or All)
including Jane Doe

**Defendants**

FILED by _____ D.C.
AUG 14 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP - 6 2007
LORETTA G. WHYTE
CLERK

## MOTION TO AMEND AND STRIKE JOHN DOE FROM THE ORIGINAL COMPLAINT PURSUANT TO TITLE 18 AND 28 UNITED STATES CODE, SECTION 1961-1968 -1970

Comes now, the Plaintiff, Joan M. Petty, pro se' Motion the Court to Amend and Strike John Doe from the Original Complaint and add Raymond V. Gilmartin and Richard T. Clark, Defendants and as persons who did commit two or more criminal Act as RICO with Merck and Company, Inc. a foreign Corporation.

2.

1. The alleged unlawful conduct by the Defendants, Raymond V. Gilmartin and Richard T. Clark and Merck and Company Inc. is in violation of Title 18-and 28 United States Code Sections 1962 (a), (b), (c) and or (d) and Florida Statutes Sections 772, 101 (1), (2), (3) and on going criminal acts performed or part o and ongoing criminal organization RICO was enacted by section 901 (a) of the Organized Crime Control Act of 1970 91 – 452 84 Stat. 922 Codified as Chapter 96 of Title 18 U.S.C. § 1961 through 1968.

A.

1. Raymond V. Gilmartin, CEO, in 1999 was the person over the Merck Corporation and had knowledge of any and all production/manufacturing. His operation was to satisfy the Board Members and the Stockholders. Defendant Raymond V Gilmartin did so by conspiring to create a " CASH COW" that would make Billions of dollars in profits and lead thousands of people to death or life time injury.
The creation of a super Pain Killer, and pay $600,000. Dollars to advertise it as the first non-narcotic Pain Killer ever and not habit forming and would not have any labels that informed the public that it could or would cause Heart damage and Strokes. But only suggest that could cause stomach upset. When studies were done the people who did the studies and investigated the Pain Killer, were told to keep their mouth shut. and when it was brought to the FDA Commissioner she was only given part of the facts of the reports. This drug was WHITE WASHED and kept out of the BLACK BOX on purpose knowingly and willingly Raymond V. Gilmartin, Defendant did on purpose put Profits over People's lives.   DOCUMENTED DEATHS 55,000 IN THE UNITED STATES, AND 149,000 LIFE THREATENING INJURIES.

B.
2. Raymond V Gilmartin, retired suddenly, he was awarded Company Stocks as a reward for his Well Done Job. ATTACHED EXHIBIT _A_
Public Record: 1 of 3 PG. New York Times, Associated Press Gerald Herbert.
Defendant, Raymond V. Gilmartin, was the person who reviewed the Stock reports and had knowledge that the Pain Killer was increasing rapidly due to the extreme and vigorous training the salespeople EXHIBIT _B_ Pg 3.

**C.**

3. Raymond V. Gilmartin, Defendant who conspired with Defendant Richard T Clerk to keep the pain killer on the market knowingly that it was killing the users and the ones who survived could take the REMEDY pills created to sustain and cover the damages already caused. These remedies are Zocor, Cozar and Novasc along with others brought to the market. If the killer Pill did not kill you then you could take the REMEDY pills to sustain what life you have left.
Either way the Corporation would get paid by the victims. .

**D.**

4. Raymond V. Gilmanton, Defendant and Richard T. Clark and others thought he was free from prosecution because the FDA approved the Pain Killer Drug. Defendant created the FDA commissioner as Victim of Circumstance and used the COLAR OF LAW to hide behind her skirts. By hiding the truth about the Killer Pill and all it's remedies is FRAUD. Defined under Florida Statutes Chapter 817

    A    The Public and the Physicians began to bring attention to the Directors, and the Corporation Merck and Company, about the Pain Killer Pill, it became such a over-welling of complaints and lawsuits that many of the Attorney's and Government people were paid a bribery to look the other way or loose the case or use all the dirty tricks that Merck and their attorneys could think of to keep from paying for the damages they have done to the public. . Congressional hearings were conducted and the real evidence was kept hidden for 5 years while more and more people was killed and injured.

    B    Merck and Company and Defendants, Raymond V. Gilmartin and Richard T. Clark threatened the public by claiming that any cases would be filed against Merck would be done in a Trial by Jury and that it would take years for them to pay off the damages. So any case that Merck should loose goes to Appeal and the damaged person receives nothing for the death or injury, while the appeals process goes on forever or till the person is dead. This gave the appearance that it would discourage the public from filing anymore suites giving Merck an opportunity to collect more profits and hold the suits in limbo.
Merck and Company needed and wanted to control the predicated act so they could claim the Fading the public and circumstances was a mistake and shall be forgiven because they were only acting in good faith.
Not So, There is no good faith here when you allow 55,000 people to die from a drug the Defendant Raymond V. Gilmartin and Richard T. Clerk knew before it came out of the lavatory, during the time it was in studies,

4

when it went to market and how it went and all the damages it was doing for 5 years.

Defendant Raymond V. Gilmartin and Richard T. Clerk did a predicated act and it was **NO MISTAKE**.

Plaintiff, Joan M. Petty, a Vioxx Survivor took the Pain Killer from 1999 till 2004, when it was called from the Market.

I suffered my first heart attack in 1999 after taking Vioxx. My condition continued to worsen over the years and my health and body was being poisoned. I had open-heart surgery in 2002 and as the records will show there was extensive damage to my body and heart. I suffered a mild stroke in 2004 and blood clots in the heart in 2004 prior vioxx being removed. I was not aware that it was causing the damage until I stopped taking it in 2004. Since then I have got part of my life back and only survive by taking the remedies on a daily bases. Prior to taking Vioxx in 1999 I had NO History of Heart disease or any serious illnesses.

Many people have had the same effects that I have and many died because of this Pain Killer, Those who died can never tell what happened to them and only their love ones can speak to the courts with a wrongful death suit.

I have the ability to tell what happened to me and when and why. I was seriously injured and my primary physician and my heart physician did not know what was going on at the time. My records will prove with out a doubt that I was taking Vioxx and that was the cause of all my problems. I have a very different case, since I died on the operating table and was on a heart machine for 3 days and 3 nights, my family did not know if I would make it back or not. I was in the hospital for 8 weeks and the most unlikely person to ever have a heart attack. I am not over weight, I walked and rode bicycle. I was very active and watched my diet, I took care of my ill husband who had a heart condition and was well aware of how to care for myself. I worked at the hospital for 4 years and had just retired and my life and body is damaged.

Merck is not immune to prosecution because the FDA approved them to sell the Pain Killer Vioxx. There have not been any charges filed from any Government agency on any of the Merck Corporation, Directors for the Fraud, conspiracy Neglect and death and life threatening injuries that Merck and Company caused for 5 years. This was not a mistake but it was Profit over the People.

Plaintiff, Joan M Petty prays that the Court will grant this Motion to Amend and Strike John Doe for the purpose of joining other Defendants for their part in the Conspiracy to Fraud and Injury.

Submitted by: _Joan M Petty_    Date: 8-14-07
Joan M. Petty, Pro se Litigant

5

## SUMMARY
### RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT

**ALSO KNOW AS RICO ACT** and is a United States Federal Law that provides for extended penalties for Criminal acts performed as par of an ongoing criminal organization. RICO is defined by sections 901 a of the Organized Crime Control Act of 1970 Re: to EXHIBIT ATTACHED __C__.

In the last decade a world renown corporation has hidden behind a veil of respectability, relying on it's erstwhile legitimacy.

As an international company it has earned itself mega money. It advertised mightily to the general public and to doctors in particular the non narcotic pain reliever that after five years of fantastic profitability, the corporation recalled from the market. The recall occurred immediately after one of the food and Drug Administration's own took his well known findings to a conference in France and told them what he was not permitted to tell Americans. He made the case against the use of this prescription pain killer. His name is Dr. Graham. His testimony before the U.S. Congress in 2005 is attached. EXHIBIT __D__.

At first, when those harmed or the families of the deceased went to court it was believed it took almost eighteen months of use to sustain an attributable heart attack or stroke. Now it is accepted that even two weeks of use has been deadly.

To be a racketeer by defination means to operate dishonestly which is to say fraudulently or insincerely. This corporation showed the consuming public **NO MERCY**. The **ACTIVE INGREDIENT**, A Cox 2 inhibitor, revealed itself to be toxic in the quantity this medication contained, **ALWAYS**. Those whose responsibility remained to the bottom line refused to be deterred at all crucial tuning points to protect the public.

The drug, a very costly drug to the consumer, sold for years without any warning label relating to cardiovascular compromised or stroke implications, Study after study from the laboratory to the FDA approval erroneously presented a borderline acceptability or proved the risk, it is now shown.

A documented time line of facts reveals **MERCK**, the manufacturers of this product, at the legel we name as defendants, did willfully fraudulently and/or insincerely advertise and sell **VIOXX**.

Submitted by: _Joan M Petty_   Date: _8-14-07_

# AFFIDAVIT
**State of Florida)**
**County of Highlands)**
Palm Beach

I, Joan Petty, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in this affidavit is true and to the best of my knowledge and belief.

_Joan M Petty_
**Joan M. Petty, Plaintiff**

SUBSCRIBED AND SWORN TO before me this 14th day of August 2007

Notary Public _[signature]_

My Commission Expires



MICHAEL PIMENTEL
Notary Public - State of Florida
My Commission Expires Oct 5, 2010
Commission # DD 602851
Bonded Through National Notary Assn.

7.