# UNITED STATES OF AMERICA
## JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION

**Joan Petty**
1525 Lake Clay Dr
Lake Placid, Florida 33852
Phone: 863-699-5422
Fax-863-699-5422

Vs

Merck and Corporation, et al        Re: 07-14174 MDL 1657

EDLA # 07-3724
MDL 1657

**Attention Ms. Whyte,**
US District Court Clerk
Room C 151
500 Poydras Street
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP - 6 2007
LORETTA G. WHYTE
CLERK

Dear Ms Whyte,
I recently received a copy of a form letter sent to you from Jeffery N. Liihi, Clerk of the Panel pertaining a conditional transfer order filed in the matter on June 27, 2007.

Attached is **a motion to vacate this order, and copy of the Notice of Opposition filed July 11, 2007.** This was filed timely and your office has ignored this and moved the **RICO Complaint to** Louisiana Eastern District Court. As a product liability case. This case is not a Product liability case but is a **Racketeering Influence Corrupt Organization** and stands alone in the Courts.

Attached is a **Motion to Remand** it back to **the Florida Southern District Court** where there can be a trial.. The way it is now having me to travel to Louisiana will cause a hardship on me the Pro se Litigant, since I am 73 years of age and cannot afford to travel since I am on a very low fixed income. If you keep this case in **Louisiana Eastern District Court** it will deny me access to the court system and I will be deny my civil rights since I can not travel for litigation... I have ask the Deputy Clerk for guidance and since I was restricted when filing the RICO and had to file a Civil RICO instead of a Criminal RICO Complaint. Merck Corporation wants to have this case dismissed because it is not a Product Liability case. But the Defendants will be joined in before October 1st which is the deadline. Furthermore, Merck is ordered to answer the RICO Complaint by August 8, 2007. Therefore I request that this REMAND be expedited.

Submitted by: _Joan Petty_                Date: _8-5 -2007_
Joan Petty, Pro se Litigate

Sworn to and in person : _Joan Petty_  pro se Litigant, affirms the forgoing statements to be true and to the best of my knowledge. On this date _8/5/07_
By a Notary Public.         Experiation date: _6/25/09_ M DIANE OSTLER
_M Diane Ostler_

Notary Public - State of Florida
My Commission Expires Jun 25, 2009
Commission # DD 399799
Bonded By National Notary Assn.

TENDERED FOR FILING

AUG - 8 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



## UNITED STATES OF AMERICA
## JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION

### Joan Petty vs Merck and Corporation et al
1525 Lake Clay Dr
Lake Placid, Florida 33852
Phone: 863-699-5422
Fax-863-699-5422                    Re: 07-14174 (MDL 1657)

Plaintiff
Vs
Merck Corporation a foreign Corporation
And any John and Jane Doe
Organization et al
Defendants

### MOTION TO REMAND CASE 07-14174
### TO
### FLORIDA SOUTHERN DISTRICT COURT

Now comes Joan Petty, pro se Litigant, says and affirms that the foregoing

Statements are true and to the best of her knowledge.

Further she states that Case 07-14174 is a RICO Complaint case that is

Racketeering Influence Corrupt Organization or known as RICO NOT a product Liability.

RICO Complaint stands alone and is not part of the Class Actions that is filed in Louisiana Eastern District Court.

The Racketeering Influence Corrupt Organization Complaint # 07-14147 should be remanded back to Florida Southern District Court for the following reasons:

1. Plaintiff Joan Petty states that she is 73 years of age and do to health related conditions would not be able to travel to Louisiana Eastern District
2. Plaintiff further states that she filed this RICO as a Pro se Litigant and did seek assistance from legal counsel to file the Motion for Opposition and was timely filed. Copy attached.
3. Plaintiff also states that a Motion to Vacate the Order to Transfer was timely filed. Copies attached.
4. Plaintiff states that she is on a fixed income and to travel to Louisiana Eastern District for Litigation would be a hardship for her.
5. Plaintiff states further since she would be unable to travel the distance she would be denied access to the Courts system and her Civil Rights be denied pursuant to the United Stat4es Constitution.

TENDERED FOR FILING

AUG - 8 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

6. Plaintiff states that Merck has not answered the RICO Complaint filed July 7, 2007 and has been ordered to do so by August 8, 2007. This case needs to be Remanded be Expedited back so Merck can answer the Complaint,
7. Whereas, Plaintiff will be denied Justice if this order is abandoned.

With due respect to the Courts it appears that both parties could be denied their day in court.

Submitted by: *Joan Petty* Date: 8 5th 2007
Joan Petty Pro se Litigant

Affidavit:
Before me and in person, Joan Petty, affirms that she is the Plaintiff and all the foregoing statements are true and to the best of her knowledge,
So Say. On this 5th day of August 2007.

*Joan Petty*
Joan Petty

*M. Diane Ostler*
Notary Public

M. DIANE OSTLER
Notary Public - State of Florida
My Commission Expires Jun 25, 2009
Commission # DD 399799
Bonded by National Notary Assn.

## Certificate of Service:

I certify that the US Eastern Division of Louisiana Court, Judge Fallon and the US Southern District of Florida judge Martinez, US Judicial Panel Clerk Jeffery N. Liithi has been furnished via Lexis Nexis and by US Mail on this date 5th day of August 2007.

Respectfully Submitted,

Joan Petty, Pro Se Litigant
1525 Lake Clay Dr.
Lake Placid, Florida 33852
Phone: 863-699-5422
Fax  863-699-5422