# UNITED STATES DISTRICT COURT
# EASTERN DIVISION FOR LOUISIANA
## Honorable Judge Fallon

**Joan M. Petty**
**Plaintiff**

Vs.

**Case No. 07-3724**
**Racketeering Influence Corrupt Organization**
**Civil RICO U.S.C. § 1332**

**Merck & Co.Inc.**
**(A Foreign Corporation)**
**E-Merck & Merck KGaA Inc.**
**And**
**Raymond V. Gilmartin**
**And**
**Richard T. Clark**
**And**
**Edward M. Scolnick**
**And**
**John and Jane Doe et al**

## NOTICE FOR APPEAL
### CIVIL RICO U.S.C.§ TITLE 18 AND TITLE 28
### Pursuant to Supreme Court Rules of Procedure Rule 10

Plaintiff Joan M. Petty, pro se Litigant, Gives Notice to the United States District Court, Eastern Division for Louisiana NOTICE FOR APPEAL. Plaintiff Intends to submit a PETITION TO THE UNITED STATES SUPREME COURT For a WRIT OF ERROR as a discretionary right, the character of the reasons the United States District Court's conflict with the decision.

The United States Supreme Court was established by the United States Constitution, It is an independent, separate branch of our federal government. The Constitution also authorized Congress to establish such inferior courts, as the Congress should deem appropriate. Through that power, Congress has created a United States Federal District Court for each state and for certain United States Territories. For the most part they are courts of original jurisdiction. Lawsuits begin in these courts and go to trial in them. Congress also created eleven Circuit Courts of Appeals. If a party believes that the district court committed prejudicial error in the review of this case, that party may appeal.

(1)

Joan M. Petty, Plaintiff RICO Civil Action No. 07-3724

___ Fee___
___ Process___
_X_ Dktd___
_X_ CtRmDep___
___ Doc. No.___

STATEMENT:

The Jurisdiction of each state district court is limited to the geographical boundaries of the state it serves. The jurisdiction of the court is statewide.

Congress authorized the United States Supreme Court to propound the Federal Rules of Civil Procedure, which govern each step of civil litigation from commencement of the action to entry of judgment and commencement of appeals.

The Federal District Courts are courts of original jurisdiction. The case in question began in the Federal district courts. The Federal District Courts are courts of limited jurisdiction.

Plaintiff, Joan M. Petty, pro se Litigant did in fact file a RICO Complaint in the State of Florida on a Foreign corporation in a different state in the United States. The RICO case filed on Merck Corporation named three (3) Defendants and the Foreign Corporation. Diversity of residency exists, with the claim of money greater than 75,000 dollars.

Congress established the Judicial Panel on Multidistrict Litigation in April 1968 and granted it authority to transfer to a single district court the pretrial proceedings for civil cases involving Common questions of fact. The panel can transfer any type of civil case filed in the federal district courts except for antitrust cases.

I filed the RICO Complaint as a Pro se Litigant without any legal assistant as also filed a Paupers Affidavit at the same time with a copy of her bank statement. Florida District Court granted the Paupers Affidavit. Copy attached.

Robert Fenstersheib Esq. As my attorney filed a product liability case in February 2006. This case was standing on the docket for over a year. Mr. Fenstersheib did not communicate with me at all. I saw him for 5 minutes in the office once. Robert Fenstersheib never handled anything but my product liability case for that and me was recently dismissed. The trial lawyer Michael A. Keiser, who worked out of Robert Fenstersheib office, agreed to be a trial advisor only about one month after I had filed the RICO Case my self.

I fired Michael A. Keiser, shortly there after in writing because he granted an extension to the defendants in my RICO case.
When the MDL put Robert Fenstersheib as the lead attorney for the RICO Case I was surprised that the MDL put Lawyer Fenstersheib as the lead attorney because it was not true, The MDL made a false assumption. When you judge Fallon had press coverage that there was no remedy or statute for an individual regarding defective prescription drugs. I could have withdrawn my product liability from the court however I was heartened by your reason and order statement that my Rico case stands alone.

(2)
Joan M. Petty, Plaintiff RICO Civil Action No. 07-3724

Judge Fallon entered a final Order and Reason along with Judgment from the Eastern Division for Louisiana. His statement that I the Plaintiff have made several entries. I added Merck KGaA Inc. as party to the conspiracy including foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1) Merck KGaA, Inc violated the Anti-Trust Law committed fraud, when a German owned company can get away with several criminal acts including killing without any remedy, shielded by Congress this confirms the Defendants continuation of Practice <u>and Pattern of Conspiracy and Fraud.</u>

Furthermore it is my opinion that the MDL is **Bias and Prejudice** and No one will ever get the right to redress any prescription drug company for a defected drug they manufacture that kills or injures an individual.

Therefore, this reason Plaintiff gives NOTICE FOR APPEAL TO THE UNITED STATES SUPREME COURT. With intent to PETITION THE COURT FOR A WRIT OF ERROR .in order to bring the RICO case back to the original Jurisdiction.

Submitted by: _Joan M Petty_ Date _11-6-07_
Joan M. Petty, Pro se Litigant
1525 Lake Clay Drive
Lake Placid, Florida 33852
Phone/Fax 863-699-5422
e-mail: radiob3711@embarqmail.com

3.

## CERTIFICATE OF SERVICE

List Served:

Merck & Co. Inc
A Foreign Corporation
Merck KGaA, Inc.
E-Merck
Frandfurter Str.250
Darmstadt, GermanyD-6431
Fax ==49-6151-772-8793

Squire Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Dr.
West Palm Beach, Florida 33401

Stone Pigman Walther Wittmann LLP
Dorothy Wimberley
546 Carondelet St.
New Orleans, LA 70130


Raymond V. Gilmartin
One Microsoft Way
Redmond, WA 98052

John Filderman, Counsel to General Counsel
One Merck Drive 3rd Floor suite WS2 B-35
Whitehouse Station , NJ. 88809

United States District Court
Eastern Division for Louisiana
New Orleans, LA 70130
Clerk for Judge Fallon

United States Judicial Panel
Clerk of the Panel
One Columbus, Circle NE
Judiciary Building Room G 255
North Lobby
Washington DC 20002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14174-CIV-MARTINEZ/LYNCH

MDL-1657- to Louisiana 07-3724

JOAN M. PETTY,

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.

FILED by ___ D.C.
JUN 13 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

COPY

### ORDER ON
### PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (DE 3)

**THIS CAUSE** comes before this Court upon an Order of Reference from the Honorable Jose E. Martinez and the above Motion. Having reviewed the Motion and the accompanying affidavit, it is hereby,

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and that the Plaintiff is excused from the obligation of paying a filing fee in this case. It is further,

**ORDERED AND ADJUDGED** that the Clerk of Court shall prepare the summons and copies of the Complaint and shall direct that the same be served by the U.S. Marshal. It is further,

**ORDERED AND ADJUDGED** that the U.S. Marshal shall serve the summons and Complaint upon Merck & Co. at the address: One Merck Drive, Whitehouse Station, New Jersey 08889. The U.S. Marshal shall keep the Court apprised of the status of service by promptly filing a return of service.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of June, 2007.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Page 1 of 2



FIRST CLASS

no date visible

U.S. MARSHAL

Joan Petty
1225 Lake Clay Dr.
Lake Placid, FL 33852-2310

United States District Court
Eastern Division For Louisiana
New Orleans, LA. 70130

Attention: Clerk,
Judge Fallon Sr. L.

Notice For Appeals